No. 91.   KUPTZ ET AL. *v.* RALPH SOLLITT & SONS CON-STRUCTION Co.   October 11, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. John Davis* for petitioners.   *Mr. Allen Wight* for respondent.

No. 92.   THOMAS J. EMERY MEMORIAL *v.* CINCINNATI UNDERWRITERS AGENCY Co.   October 11, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. Robert A. Taft* for petitioner.   *Messrs. John Weld Peck* and *Frank H. Shaffer, Jr.,* for respondent.

No. 93.   TINIUS OLSEN TESTING MACHINE Co. ET AL. *v.* BALDWIN-SOUTHWARK CORP.   October 11, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Messrs. Hugh M. Morris, Alexander L. Nichols,* and *Leon Edelson* for petitioners. *Mr. Clifton V. Edwards* for respondent.

No. 94.   TRIEST & EARLE, INC. *v.* UNITED STATES.   October 11, 1937.   Petition for writ of certiorari to the Court of Claims denied.   *Messrs. Josephus C. Trimble* and *Jerry A. Mathews* for petitioner.   *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States.

No. 96.   BALTIMORE & OHIO R. Co. *v.* ANDERSON, EXECUTRIX.   October 11, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Cir-